WILLIAM JAMISON, RESPONDENT, v. PETER CORNELL, APPELLANT.

APPEAL from a judgment entered at the circuit. The court, after a review of the evidence, concluded that the cause was properly disposed of at the circuit, and affirmed the judgment.

*George B. Bradley*, for the appellant.

*William Rumsey*, for the respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and TALCOTT, JJ.

Judgment affirmed.